IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | PO 20-05048-M-KLD |
|---|---|
| Plaintiff, | Violation No. F4874858 & F4874859 |
| vs. | ORDER |
| SHEILA L. OVE | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the warrants issued on February 26, 2021 regarding Violation Nos. F4874858 & F4874859 shall be QUASHED. Defendant's next appearance date is set for **June 3, 2021, at 9:00 a.m.**

IT IS FURTHER ORDERED that the caption in this matter shall be changed to reflect Defendant's last name as "Ove".

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately, and to forward a copy of this order to the U.S. Attorney's Office and the Defendant at P.O. Box 1591, Eureka, MT 59917.

DATED this 7th day of April, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge