UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SHEILA L. OVE,<br><br>　　　　　Defendant. | Case No.  6:20-PO-5048-KLD<br><br>VIOLATION: F4874858 and F4874859<br><br>DISPOSITION CODE:  PE<br><br>ORDER ACCEPTING PLEA LETTER |

　　　Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated April 7, 2021, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on violation notice F4874858 from $105.00 to $60.00, and Defendant has agreed to forfeit that amount.  Plaintiff also agrees to ask the court to dismiss violation notice F4874859.

　　　**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $60.00 for violation F4874858, which has been paid in full. Violation F4874859 is DISMISSED.

　　　DATED this 2nd day of June, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KATHLEEN L. DESOTO
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge